IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02380-MSK-KLM

CLAYTON-MORROW, INC.,

    Plaintiff,

v.

THE WESSELL FAMILY FOUNDATION, d/b/a Bright Mountain Foundation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to File its First Amended Original Complaint** [Docket No. 8; Filed November 2, 2010] (the "Motion"). Pursuant to Fed. R. Civ. P. 15(a)(1)(B), a party may amend its complaint once as a matter of course within twenty-one (21) days after service of a responsive pleading or twenty-one (21) days after service of a motion under Fed. R. Civ. P. 12(b), (e), or (f), whichever is earlier. In this case, Plaintiff filed its original Complaint [Docket No. 1] on September 29, 2010. Defendant responded to the Complaint with a Motion to Dismiss Plaintiff's First, Second, Third, Fifth, Sixth, and Seventh Claims for Relief [Docket No. 6] and an Answer to Plaintiff's Claim for Quantum Meruit/Unjust Enrichment [Docket No. 7] on October 20, 2010. Plaintiff's Motion was filed within the twenty-one day period after Defendant's response to the original Complaint. Accordingly, Plaintiff is entitled to amend its Complaint as a matter of course.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk of the Court shall accept Plaintiff's First Amended Original Complaint [Docket No. 8-2] for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to the First Amended Original Complaint on or before **November 29, 2010**, pursuant to Fed. R. Civ. P. 15(a)(3).

    Dated:  November 12, 2010